UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| BRADLEY TYSON MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:22-CV-070-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| DAVID GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Court's Order Adopting Magistrate Judge's Findings of Fact and Recommendations entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Bradley Tyson Morris's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED**.

2. No Certificate of Appealability shall issue.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** judgment, and there is no just cause for delay.

This the 30th day of December, 2022.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Plaintiff, *pro se*
    Counsel of Record